United States court of Appeals for
Suenth Cirwit.

U.S.C.A — 7th Circuit
RECEIVED
MAY 22 2024   4

Xena Ames

— V —

Case No.
24-1804
24-1803

Barbara Hutchinson.
Federal Express Corporation

## Motion to Eletronically file

I Live in the state of Indiana
and I can't afford to send documents
FEDEX β EXPRESS.

Xena Ames
5-20-24.